UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

| | |
|---|---|
| **DANNY O. HALL,** | **CIVIL ACTION NO. 15-cv-349-KKC** |
| **Plaintiff,** | |
| V. | **OPINION & ORDER** |
| **UNIVERSITY OF KENTUCKY, et al.,** | |
| **Defendants.** | |

\*\*\* \*\*\* \*\*\*

Plaintiff Danny Hall, who is currently incarcerated at USP Canaan, Waymart, Pennsylvania, filed a *pro se* civil complaint alleging state law medical malpractice claims. (DE 1.) On December 15, 2015, this Court granted Danny Hall's motion to proceed *in forma pauperis*. (DE 5.) Because Hall was granted pauper status pursuant to 28 U.S.C. § 1915(a)(1), the Lexington Clerk's Office was directed to issue summons for the named defendants, and the United States Marshals Service ("USMS") for the Eastern District of Kentucky was directed to serve the named defendants with the summons and complaint on Hall's behalf. Fed. R. Civ. P. 4(c)(3); 28 U.S.C. § 1915(d).

Plaintiff has received two extensions to provide an address to serve Defendant Dr. Charles Campbell after an initially unsuccessful attempt to serve him. (DE 15; DE 17.) The Clerk of Court received an address from Plaintiff on April 28, 2016, and a service packet was issued the same day. (DE 20–21.) Service has since been returned unexecuted. (DE 25.) The April 25, 2016, deadline established by this Court's last order granting an extension has elapsed without Plaintiff providing a current address for Defendant Dr. Charles Campbell. (DE 17.) Furthermore, the only Defendant that was properly served, University of Kentucky Hospital, has been dismissed from this action. (DE 22.)

Accordingly, **IT IS ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the Court's active docket.

Dated June 22, 2016.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY